UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BART S. HERSKO,

    Plaintiff,                                      Case No. 3:15-cv-215

vs.

DEBORAH LEE JAMES, *et al.*,        District Judge Thomas M. Rose
                                                           Magistrate Judge Michael J. Newman

    Defendants.

## ORDER

The discovery phase of this case has ended. No discovery motion or other matter referred to the undersigned Judicial Officer remains pending. The Clerk of Courts is directed to note in the record that: (1) referral of this case to the undersigned Judicial Officer has expired; and (2) no motion or other matter in this case remains pending before the undersigned Judicial Officer.

    **IT IS SO ORDERED.**

Date:  September 27, 2017                           s/ Michael J. Newman
                                                                     Michael J. Newman
                                                                       United States Magistrate Judge